# EXHIBIT A

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER A. PRICE, SBN 160142<br>ASHTON & PRICE, LLP<br>8243 GREENBACK LANE<br>FAIR OAKS CA 95628<br>TELEPHONE NO: 916-786-7787   FAX NO. (Optional): 916-786-7625<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Placer<br>[illegible date stamp]<br>By: Mavis Anderson, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** PLACER
STREET ADDRESS: 10820 JUSTICE CENTER DRIVE
MAILING ADDRESS: 10820 JUSTICE CENTER DRIVE
CITY AND ZIP CODE: ROSEVILLE CA 95661
BRANCH NAME: BILL SANTUCCI JUSTICE CENTER

PLAINTIFF: RUTH TIMM and AWNIKA ZURFLUH

DEFENDANT: U. S. MARSHALS SERVICE, ANNE ELIZABETH GASKINS, and DOES 1-25

[✓] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** (Number):
Type (check all that apply):
[✓] **MOTOR VEHICLE**   [ ] **OTHER** (specify):
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded   [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:

S-CV-0044986

1. **Plaintiff** (name or names): RUTH TIMM and AWNIKA ZURFLUH
   alleges causes of action against **defendant** (name or names):
   U. S. MARSHALS SERVICE, ANNE ELIZABETH GASKINS, and DOES 1-25
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: TIMM v. US MARSHALS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name)*: US Marshals Service
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☑ other *(specify)*:
         FEDERAL AGENCY

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1-25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 1-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TIMM v. US MARSHALS | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✓] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [✓] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [✓] property damage
    f. [✓] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    MV-1 and MV-2

Date: JUNE 2, 2020

CHRISTOPHER A. PRICE, SBN 160142
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007] **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TIMM v. US MARSHALS | |

FIRST **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* RUTH TIMM and AWNIKA ZURFLUH

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* 04/08/2019
at *(place):*
AUBURN-FOLSOM ROAD, GRANITE BAY, PLACER COUNTY, CALFORNIA

MV- 2. DEFENDANTS
  a. [✓] The defendants who operated a motor vehicle are *(names):*
  ANNE ELIZABETH GASKINS

  [✓] Does  1  to  25

  b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
  US MARSHALS SERVICE

  [✓] Does  1  to  25

  c. [✓] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
  US MARSHALS SERVICE

  [✓] Does  1  to  25

  d. [✓] The defendants who entrusted the motor vehicle are *(names):*
  US MARSHALS SERVICE

  [✓] Does  1  to  25

  e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

  [✓] Does  1  to  25

  f. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
  [ ] listed in Attachment MV-2f   [✓] as follows:
  CURRENTLY UNKNOWN TO PLAINTIFF

  [✓] Does  1  to  25                                                            Page  4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov