1  McGREGOR W. SCOTT
United States Attorney
2  JOSEPH B. FRUEH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
5  Facsimile:  (916) 554-2900

6  Attorneys for the United States of America

7

8

9  IN THE UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12  RUTH TIMM and AWNIKA ZURFLUH,    Case No. 2:21-cv-00008-TLN-DB

13                Plaintiffs,    **ORDER CORRECTING CAPTION**

14         v.

15  U.S. MARSHALS SERVICE, ANNE
ELIZABETH GASKINS, and DOES 1–25,
16
              Defendants.
17

## ORDER CORRECTING CAPTION

The Court, having received a Notice of Substitution and Certification of Course and Scope of Federal Employment duly executed by the Civil Chief of the United States Attorney's Office for the Eastern District of California attesting that Anne Elizabeth Gaskins was acting within the course and scope of her federal employment at all times relevant to the incidents giving rise to this action, and having considered 28 U.S.C. § 2679(d)(2) authorizing the substitution of the United States of America as the proper and sole party defendant,

IT IS HEREBY ORDERED that the caption of this case be changed to read as follows:

> RUTH TIMM and AWNIKA ZURFLUH,
>
> Plaintiffs,
>
> v.
>
> UNITED STATES OF AMERICA,
>
> Defendant.

**IT IS SO ORDERED**

Dated:  January 5, 2021

Troy L. Nunley
United States District Judge

Presented By:

MCGREGOR W. SCOTT
United States Attorney

/s/  *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for the United States of America