CHRISTOPHER A. PRICE, SBN 160142
ASHTON & PRICE, LLP
8243 Greenback Lane
Fair Oaks, CA  95628
E-mail:     chris@ashtonandprice.com
Telephone: (916) 786-7787
Facsimile:  (916) 786-7625

Attorneys for Plaintiffs
RUTH TIMM and AWNIKA ZURFLUH


McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH TIMM and AWNIKA ZURFLUH,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-00008-TLN-DB<br><br>**STIPULATION AND ORDER FOR CONTINUING (1) RESPONSE TO COMPLAINT, AND (2) OBJECTIONS OR PROPOSED MODIFICATIONS TO INITIAL PRETRIAL SCHEDULING ORDER** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the deadline for responding to the Complaint shall be continued to March 19, 2021, and the parties shall have up to and including April 30, 2021, to file objections or proposed modifications to the Initial Pretrial Scheduling Order. The reasons for this Stipulation are as follows:

1. This is a personal injury lawsuit that arises from a car accident between an employee of the United States Marshals Service and Plaintiffs Ruth Timm and Awnika Zurfluh.

2. Plaintiffs filed their lawsuit in state court on June 2, 2020.

3. The United States Marshals Service received the state court Complaint on December 23, 2020, and notified the United States Attorney's Office on December 28, 2020.

4. The United States Attorney's Office removed this case from state court to federal court on January 4, 2021, pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2).

5. For removed cases, Federal Rule of Civil Procedure 81 provides that a defendant must answer within 21 days of receiving a copy of the complaint or 7 days after removal, whichever is later. *See* Fed. R. Civ. P. 81(c)(2). Typically, however, the United States Attorney's Office has 60 days to respond to a complaint against the federal government. *See id.* 12(a)(2). And this Court's Local Rules provide an automatic extension of 28 days upon the parties' stipulation. *See* Local Rule 144(a).

6. Additional time is required for the United States Attorney's Office to review the circumstances giving rise to this case and prepare a response to the Complaint. Plaintiff also anticipates providing a detailed settlement demand, and additional time is needed for the parties to engage in good faith settlement discussions before proceeding further in litigation.

///
///
///
///
///
///
///
///

7. For the foregoing reasons, the parties respectfully submit that there is good cause to continue the deadline to respond to the Complaint to March 19, 2021, and to permit objections or proposed modifications to the Initial Pretrial Scheduling Order up to and including April 30, 2021.

Dated: January 6, 2021                                ASHTON & PRICE, LLP

                                    By:   /s/  *Christopher A. Price*    (authorized 1/6/2021)
                                          CHRISTOPHER A. PRICE

                                          Attorneys for Plaintiffs
                                          RUTH TIMM and AWNIKA ZURFLUH

Dated: January 6, 2021                                McGREGOR W. SCOTT
                                                      United States Attorney

                                    By:   /s/  *Joseph B. Frueh*
                                          JOSEPH B. FRUEH
                                          Assistant United States Attorney

                                          Attorneys for Defendant
                                          UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated:  January 6, 2021

                                          Troy L. Nunley
                                          United States District Judge