EDWARD A. SCHADE, SBN 165061
CHRISTOPHER A. PRICE, SBN 160142
ASHTON & PRICE, LLP
8243 Greenback Lane
Fair Oaks, CA  95628
E-mail:    edward@ashtonandprice.com
Telephone: (916) 786-7787
Facsimile:  (916) 786-7625

Attorneys for Plaintiffs
RUTH TIMM and AWNIKA ZURFLUH


PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH TIMM and AWNIKA ZURFLUH,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:21-cv-00008-TLN-DB<br><br>**STIPULATION AND ORDER FOR MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |

    Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 240(b), and the Court's Initial Pretrial Scheduling Order (ECF 2), the parties have met and conferred regarding the nature of their claims and defenses; the possibility of promptly settling or resolving this case; the disclosures required by Rule 26(a); and developing a proposed discovery plan.  Having so met and conferred,

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Initial Pretrial Scheduling Order shall be modified as set forth below:

Deadline for serving initial disclosures................................................. May 28, 2021

Deadline for completing non-expert discovery..........................November 19, 2021

Deadline for filing initial expert disclosures................................. January 14, 2022

Deadline for filing rebuttal expert disclosures............................February 25, 2022

Deadline for completing expert-witness discovery............................ April 29, 2022

Deadline for filing dispositive motions............................................... May 20, 2022

## I.     Brief Case Summary

This is a personal injury lawsuit that arises from a car accident involving Deputy United States Marshal ("DUSM") Anne Gaskins and Plaintiffs Ruth Timm and Awnika Zurfluh on April 8, 2019. Because DUSM Gaskins was acting within the course and scope of her federal employment at all times relevant to this case, Plaintiffs' claims are asserted against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671–80.

In compliance with Federal Rule of Civil Procedure 26(f)(3), the parties provide the following additional information for the Court's consideration.

## II.    Compliance with Federal Rule of Civil Procedure 26(f)(3)

### A.    Disclosures Pursuant to Rule 26(a)

The parties will serve their initial disclosures no later than May 28, 2021. The parties will file initial expert disclosures no later than January 14, 2022. The parties propose that any rebuttal expert disclosures shall be served no later than February 25, 2022.

### B.    Subjects and Timing of Discovery

The subjects of discovery will include the facts and circumstances of the car accident on April 8, 2019, and the existence, extent, and cause of any damages that Plaintiffs attribute to the accident. The parties propose a deadline of November 19, 2021, to complete non-expert discovery.

### C.    Electronically Stored Information

The parties do not anticipate discovery of electronically stored information.

**D.     Protection of Privileges or Trial-Preparation Materials**

Pursuant to Rule 502(d) of the Federal Rules of Evidence, the disclosure of any document or communication that is subject to the attorney-client privilege or attorney work-product doctrine shall not operate as a waiver of the privilege or protection from discovery in the instant case or any other proceeding, regardless of whether such disclosure is inadvertent.

**E.     Changes in Discovery Limitations**

The parties do not propose any changes to the limitations imposed on discovery by the Federal Rules of Civil Procedure and the Court's Local Rules.

**F.     Other Orders Concerning Discovery**

The parties agree to accept service via e-mail and the Department of Justice's cloud-based file-sharing platform, USAfx (https://usafx.account.box.com), pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: April 6, 2021                                                        Respectfully submitted,

ASHTON & PRICE, LLP

By:     /s/ *Edward A. Schade*       (authorized 4/6/2021)
          EDWARD A. SCHADE

Attorneys for Plaintiffs
RUTH TIMM and AWNIKA ZURFLUH


PHILLIP A. TALBERT
Acting United States Attorney

By:     /s/ *Joseph B. Frueh*
          JOSEPH B. FRUEH
          Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated:  April 7, 2021

_____
Troy L. Nunley
United States District Judge